Andrew D. Schlichter (*pro hac vice*)
Alexander L. Braitberg (*pro hac vice*)
Chen Kasher (*pro hac vice*)
Cort VanOstran (*pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
aschlichter@uselaws.com
abraitberg@uselaws.com
ckasher@uselaws.com
cvanostran@uselaws.com

Zoe E. Seaman-Grant (*pro hac vice*)
Schlichter Bogard LLC
33 N Dearborn, Suite 1170
Chicago, IL 60602
(630) 919-9301
zseamangrant@uselaws.com

Paul Bovarnick, Bar No. 791654
pbovarnick@rsblaw.net
Rose, Senders & Bovarnick, LLC
1205 N.W. 25th Avenue
Portland, Oregon, 97210-2592
503-227-2486

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| DEBRA MCCLELLAN, ELIZABETH JEAN BRADY, REBECCA MAJOR, ANTHONY OMER, LASHANTE TAYLOR, LISA EBNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES,<br><br>Defendant. | Case No.: 3:26-cv-00540-MTK<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs respectfully submit this Notice to advise the Court of a significant intervening decision issued after the completion of briefing on Defendants' motion to dismiss (ECF 32). On July 27, 2026, the Eastern District of Pennsylvania largely denied a motion to dismiss in *Adair v. CIGNA Corp. Servs., LLC*, No. 25-2384, 2026 U.S. Dist. LEXIS 165448 (E.D. Pa. July 27, 2026), attached as Exhibit 1 ("*Cigna*"). *Cigna* is a case also involving the alleged disclosure of private health-related data, and the decision further supports denial of Defendants' motion to dismiss.

First, rejecting the same consent argument that Defendants have made here, *see* ECF 32 at 4–8, *Cigna* held that "at the motion to dismiss stage, consent must be apparent on the face of the complaint and documents relied on in the complaint for dismissal to be appropriate." Ex. 1 at 11. The *Cigna* court thus found that extrinsic materials do not support a consent defense. *Cigna* further held that language that is nearly identical to language in Defendants' Notice of Privacy Practices and that provided that private health information could only be disclosed to third parties with written consent undermined any argument that the plaintiffs consented to the disclosure of their private health-related data. Ex. 1 at 14.

Second, rejecting the argument that Defendants have made here that alleged HIPAA violations do not support application of the Federal Wiretap Act's crime-tort exception (ECF 32 at 14–15), *Cigna* found that a HIPAA violation is itself an "independent or secondary act" that triggers the crime-tort exception. Ex. 1 at 18–20. *Cigna* also rejected the argument, likewise advanced by Defendants here (ECF 32 at 12–13), that the crime-tort exception cannot apply where a defendant has a financial motive, finding the argument – which implies that "the bare motive to make money, even when the means for doing so are illegal, means the crime-tort exception never applies" – to be "quite a bizarre proposition" and "completely at odds with

Section 1320d-6 itself, which provides enhanced criminal penalties where PHI is disclosed 'for commercial advantage' or 'personal gain.'" Ex. 1 at 19–20 (citing 42 U.S.C. § 1320d-6(b)(3)). Instead, *Cigna* found that allegations that defendants knowingly enabled unauthorized third-party interceptions of private health information in violation of HIPAA are sufficient to establish a tortious or unlawful purpose. Exhibit 1 at 18–20.

Dated: August 7, 2026

s/ Andrew D. Schlichter
Andrew D. Schlichter (*pro hac vice*)
Alexander L. Braitberg (*pro hac vice*)
Chen Kasher (*pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
aschlichter@uselaws.com
abraitberg@uselaws.com
ckasher@uselaws.com

Zoe E. Seaman-Grant (*pro hac vice*)
SCHLICHTER BOGARD LLC
33 N Dearborn, Suite 1170
Chicago, IL 60602
(630) 919-9301
zseamangrant@uselaws.com

*Lead Counsel for Plaintiffs*

Paul Bovarnick, Bar No. 791654
ROSE, SENDERS, & BOVARNICK LLC
1205 N.W. 25th Avenue
Portland, OR 97210
503-227-2486
pbovarnick@rsblaw.net

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2026, a true and correct copy of the foregoing document was filed via the Court's CM/ECF filing system and will be available to all counsel of record upon their appearance.

s/ Andrew D. Schlichter
Andrew D. Schlichter